**Cindy R. LEONARD Plaintiff–Appellant,**

v.

**Porter J. GOSS, Director, Central Intelligence Agency; Heidi F.; William F.; Douglas B.; Marilee J. Layman; Herbert B.; Ronald L.; Diane E. Florkowski; William Crumb; Susan Waterman; Jeanette Moore; Gary C.; Shirley S.; Lynda M.; United States of America, Defendants–Appellees.**

No. 04–2125.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 16, 2004.

Decided: Dec. 20, 2004.

Cindy R. Leonard, Appellant pro se.

Leslie Bonner McClendon, Office of the United States Attorney, William Joseph Howard, Ralph Andrew Price, Jr., Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cindy R. Leonard appeals the district court's order granting summary judgment in favor of her former employer in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Leonard v. Tenet,* No. CA–03–1176–1 (E.D. Va. June 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*